```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| YOLANDA TORRES, | Civil Action |
| Plaintiff, | No. 16-7866 (JBS-AMD) |
| v. | |
| CAMDEN COUNTY JAIL, | **MEMORANDUM OPINION** |
| Defendant. | |

**SIMANDLE, Chief District Judge**

    Plaintiff Yolanda Torres seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
| **February 3, 2017** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |